UNITED STATES BANKRUPTCY COURT
Northern District of California

| In re: JAMES WESLEY FOWLER and TERESA MARIE FOWLER,<br><br>Debtor(s) | Bankruptcy No.: 14-43816 RLE<br>R.S. No.: RPZ-228<br>Hearing Date: April 19, 2017<br>Time: 1:30 p.m. |
|---|---|

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

| (A) Date Petition Filed: September 18, 2014 | Chapter: 13 |
|---|---|
| Prior hearings on this obligation: | Last Day to File §523/§727 Complaints: |

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $
Contract Balance: $
Monthly Payment: $
Insurance Advance: $

Source of value:
Pre-Petition Default: $
No. of months:
Post-Petition Default: $
No. of months:

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 3722 Sailboat Dr, Discovery Bay, California 94514-1752

| Fair market value: $369,910.00 | Source of value: Debtor(s) Bankruptcy Schedules A & D<br><br>If appraisal, date: |
|---|---|

Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

| Approx. Bal. $417,679.72<br>As of (date): March 15, 2017<br>Mo. payment: $3,018.63<br>Notice of Default (date): n/a<br>Notice of Trustee's Sale: n/a | Pre-Petition Default: $98,067.36<br>No. of months: 38<br>Post-Petition Default: $85,683.70<br>No. of months: 29<br>Advances Senior Liens: $ |
|---|---|

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $417,679.72 | $3,018.63 | $183,751.06 |
| 2nd Trust Deed: | $0.00 | $ | $ |
|  | $0.00 | $ | $ |
|  | $0.00 | $ | $ |
| Costs of Sale (8%) | $29,592.80 | $ | $ |
|  | (Total) $447,272.52 | $3,018.63 | $183,751.06 |

(D) Other pertinent information:
[ ] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.
[ ] Loan modification initiated by borrower, but was closed on __/__/__ for failure to provide required documentation.
[x] Loan modification prior to bankruptcy and/or prior to the date the motion is filed.
    [ ] Loan modification: Debtor's request is pending.    [ ] Loan modification: Modification in trial period.
    [ ] Loan modification: No decision yet.    [ ] Loan modification: Denied in writing (attached hereto)

| Dated: March 28, 2017 | _____[signature]_____<br>Signature<br>ROBERT P. ZAHRADKA<br>Print or Type Name<br>Attorney for Wells Fargo Bank, N.A. |
|---|---|