Robert P. Zahradka (SBN 282706)
rzahradka@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for
Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JAMES WESLEY FOWLER and TERESA MARIE FOWLER,<br><br>Debtors. | Case No. 14-43816 RLE<br><br>Chapter 13<br><br>R.S. No. RPZ-228<br><br>**PROOF OF SERVICE**<br><br>**Hearing:**<br>  Date:   April 19, 2017<br>  Time:   1:30 p.m.<br>  Place:  201<br>          1300 Clay Street<br>          Oakland, CA 94612 |

I, Britni A. Eseller, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On March 28, 2017, I caused the following documents:

- **Relief from Stay Cover Sheet;**
- **Notice of Motion for Relief from Automatic Stay;**
- **Motion for Relief from Automatic Stay;**
- **Declaration Support of Motion for Relief from Automatic Stay;**
- **Memorandum of Points and Authorities;**
- **Certificate of Service; and**

- 1 -
**PROOF OF SERVICE**
CASE NO. 14-43816 RLE

1     •     **Exhibits**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, and/or via electronic means pursuant to Bankruptcy Local Rule 9013-3(c) as follows:

**DEBTORS**
James Wesley Fowler and
Teresa Marie Fowler
3722 Sailboat Drive
Discovery Bay, CA 94505
(Via U.S. Mail)

**DEBTORS' ATTORNEY**
Patrick L. Forte
Law Offices of Patrick L. Forte
1624 Franklin St. #911
Oakland, CA 94612
pat@patforte.com
(Via NEF)

**TRUSTEE**
Martha G. Bronitsky
Chapter 13 Standing Trustee
P.O. Box 5004
Hayward, CA 94540
13trustee@oak13.com
(Via NEF)

**U.S. TRUSTEE**
U.S. Trustee
Department of Justice
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
USTPRegion17.OA.ECF@usdoj.gov
(Via NEF)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2017        /s/ Britni A. Eseller
                                           BRITNI A. ESELLER