```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 14-43816 RLE |
| **JAMES WESLEY FOWLER and TERESA MARIE FOWLER,** | Chapter 13 |
| Debtors. _____/ | **RESPONSE TO TRUSTEE'S MOTION TO DISMISS** |

James Wesley Fowler & Teresa Marie Fowler ("Debtors") responds to the Trustee's Motion to Dismiss or Convert as follows:

Debtors will be filing a motion to modify their Chapter 13 plan shortly in order to propose a feasible Chapter 13 plan payment and to cure the default of their plan payments.

Dated: July 3, 2017

                                          /s/ Patrick L. Forte
                                          PATRICK L. FORTE
                                          Attorney for Debtors